IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **LEE WARD, on behalf of himself and all others similarly situated,**<br><br>　　Plaintiff,<br><br>v.<br><br>**DICKINSON FINANCIAL CORP. II, INC., DICKINSON FINANCIAL CORP., BANK MIDWEST, N.A., ARMED FORCES BANK,N.A., ACADEMY BANK, N.A., ARMED FORCES BANK OF CALIFORNIA, N.A., SOUTHERN COMMERCE BANK, N.A., SUNBANK, N.A., and FISERV, INC.**<br><br>　　Defendants. | Civil Action No. 7:14-CV-8 (HL) |

## ORDER

Each Defendant is ordered to file a corporate disclosure statement pursuant to Local Rule 87 no later than June 2, 2014. Failure to do so will result in sanctions against Defendants and/or counsel.

**SO ORDERED**, this the 22nd day of May, 2014.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*　　　　　　　　
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

aks